UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JB&B CAPITAL, LLC, f/k/a<br>JB&B INVESTMENTS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>MARION H. ADAMS,<br><br>   Defendant. | No. 3:16-CV-495 |

## ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated February 21, 2017. In that Report and Recommendation, the Magistrate Judge recommends that the Plaintiff's Motion for Default Judgment, [Doc. 7], be GRANTED IN PART. No objections have been filed to the Report and Recommendation.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 12]. Accordingly, it is hereby ORDERED that the Motion for Default Judgment, [Doc. 7], is GRANTED IN PART. Default judgment in the amount of $235,051.51 will be entered in Plaintiff's favor and the Plaintiff will be awarded $22,099.18, representing the attorney's fees and costs incurred in litigating this case. Accordingly, the Court AWARDS a total amount of $257,150.69, plus post-judgment interest to the Plaintiff.

E N T E R:

                   s/J. RONNIE GREER
                   UNITED STATES DISTRICT JUDGE